NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID G. MAYESKE,**
*Petitioner,*

v.

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2011-3167

---

Petition for review of an arbitrator's decision by David P. Clark.

---

## ON MOTION

---

## O R D E R

David G. Mayeske moves for a 14-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mayeske's initial brief is due within 14 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

__OCT 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David G. Mayeske
    Courtney S. McNamara, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2011**

**JAN HORBALY**
**CLERK**